UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Court Judge<br>Sacramento, California | **RE:  Esteban Omar Rosas**<br>**Docket Number:  2:14CR00188-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Esteban Omar Rosas is requesting permission to travel to Mexico.   Mr. Rosas is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 6, 2012, Mr. Rosas was sentenced for the offense of 21 USC 841(a)(1), 841(b)(1)(A) and 846 – Conspiracy to Distribute Controlled Substances.

**Sentence Imposed:**   30 months custody Bureau of Prisons; 3 years Supervised Release; $100 Special Assessment.  Special Conditions:  Correctional treatment to include testing; Warrantless search; Moral Reconation Therapy; Financial disclosure.

**Dates and Mode of Travel:**  Mr. Rosas will depart on December 19, 2014, via Southwest Airlines, Flight 427, and return on December 27, 2014, via Southwest Airlines, Flight 846.

**Purpose:**  Mr. Rosas will first visit family in San Diego, California, and then go to Mexico to see his children for the holidays.  He will be staying at 913 60th Street, San Diego, California 92114, with his father, Arturo Juventino Rosas, and with his mother, Maria Griselda Rosas, at Calle 4th, Colonia Morelos #291, Tecate, Baja California, Mexico.

RE: **Esteban Omar Rosas**
 **Docket Number:  2:14CR00188-01**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Kris M. Miura*

**Kris M. Miura**
**United States Probation Officer**

Dated: November 7, 2014
 Elk Grove, California
 KMM/sda

**REVIEWED BY:**  */s/ Jack C. Roberson*
 **Jack C. Roberson**
 **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒  Approved  ☐  Disapproved

**Dated: November 7, 2014**  UNITED STATES DISTRICT JUDGE

2