UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Court Judge<br>Sacramento, California | **RE:  Esteban Omar Rosas**<br>**Docket Number:  2:14CR00188-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Esteban Omar Rosas is requesting permission to travel to Mexico.   Mr. Rosas is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 6, 2012, Mr. Rosas was sentenced in the Western District of Washington for the offense of 21 USC 841(a)(1), 841(b)(1)(A) and 846 – Conspiracy to Distribute Controlled Substances.

**Sentence Imposed:**  30 months custody Bureau of Prisons; 3 years Supervised Release; $100 Special Assessment.  Special Conditions:  Correctional treatment to include testing; Warrantless search; Moral Reconation Therapy; Financial disclosure.  Jurisdiction was transferred from the Western District of Washington to the Eastern District of California on July 18, 2014.

**Dates and Mode of Travel:**  Mr. Rosas will depart on February 12, 2015, and return on February 17, 2015.

**Purpose:**  Mr. Rosas is getting married.  He will be staying with his mother, Maria Griselda Rosas, at Calle 4th, Colonia Morelos #291, Tecate, Baja California, Mexico.

RE:   **Esteban Omar Rosas**
    **Docket Number:  2:14CR00188-01**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Kris M. Miura*

**Kris M. Miura**
**United States Probation Officer**

Dated:   February 10, 2015
    Elk Grove, California
    KMM/sda

**REVIEWED BY:**    */s/ Jack C. Roberson*
    **Jack C. Roberson**
    **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

**Date  February 10, 2015**             UNITED STATES DISTRICT JUDGE

2

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX